UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY,

    Plaintiff

v.                                         Case No. 2:18-cv-00440-UA-MRM

LIGHTHOUSE ISLAND RESORT INC.,
d/b/a LIGHTHOUSE RESORT INN & SUITES,

    Defendant.
_____/

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S
## RENEWED MOTION FOR CLERK'S DEFAULT

Plaintiff, Patricia Kennedy, by and through her undersigned counsel, hereby withdraws Plaintiff's Renewed Motion for Clerk's Default, filed on September 7, 2018. (Doc. 12).

The parties have spoken and Plaintiff has agreed to withdraw its Renewed Motion for Clerk's Default, filed on September 7, 2018. (Doc. 12). Based on the foregoing, Plaintiff's Renewed Motion for Clerk's Default is withdrawn.

Dated: September 10, 2018.

                                                        Respectfully submitted,

                                                        Attorney for Plaintiff:

                                                        Christine N. Failey, Esquire

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of September, 2018, a true and correct copy of the foregoing was furnished by the Court's CM/ECF system to all parties receiving notice electronically.

/s/ Christine N. Failey
Christine N. Failey, Esquire
Law Office of Christine N. Failey, P.A.
PO Box 55404
Saint Petersburg, FL 33732
Ph. (888) 753-7370
cfailey@cfaileylaw.net
Florida Bar No. 22520